To the extent indicated, the protest is sustained. As to all other claims and all other merchandise, the protest is overruled. Judgment will issue accordingly.

DISSENTING OPINION

MOLLISON, Judge: The reliquidation of the entry against which this protest is directed was the result of a decision and judgment of this court, reported in *Harry Schoenfeld and W. J. Byrnes & Co. of N.Y., Inc., et al.* v. *United States*, 39 Cust. Ct. 357, Abstract 61027. I dissented from that decision and judgment, and, for the reasons there stated, I dissent from the foregoing decision and the judgment now rendered in this case.

BEFORE THE THIRD DIVISION, MARCH 8, 1962

**No. 66540.**—B. Westergaard & Co., Inc., et al. v. United States, protests 61/4037, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 C.C.P.A. 78, C.A.D. 733), the claim of the plaintiffs was sustained.

**No. 66541.**—Joseph H. Brown & Son v. United States, protests 59/31672, etc. (El Paso).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of horsemeat similar in all material respects to that the subject of Abstract 66197, the claim of the plaintiff was sustained.

**No. 66542.**—Joseph H. Brown & Son v. United States, protests 60/7519, etc. (El Paso).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of horsemeat similar in all material respects to that the subject of Abstract 66197, the claim of the plaintiff was sustained.

**No. 66543.**—Norman G. Jensen, Inc. v. United States, protests 60/28079 and 61/4984 (Seattle).